FILED

07 OCT 31 PM 4:46

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   **07 CR 2977 JLS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of Marijuana; |
| ALAN OSZUEL GONZALEZ, ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| ) | Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about August 30, 2007, within the Southern District of California, defendant ALAN OSZUEL GONZALEZ did knowingly and intentionally import 50 kilograms and more, to wit: approximately 53.88 kilograms (118.54 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:fer:Imperial
10/26/07

Count 2

On or about August 30, 2007, within the Southern District of California, defendant ALAN OSZUEL GONZALEZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 53.88 kilograms (118.54 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 31, 2007.

A TRUE BILL:

*[signature]*

Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CARLA J. BRESSLER
Assistant U.S. Attorney

2