```
 1  JOAN KERRY BADER
    California State Bar Number 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone:  (619) 699-5995
    Attorney for Defendant GONZALEZ
 4
```

FILED
07 DEC -6 AM 8:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2977JLS |
| Plaintiff, ) | |
| v. ) | **EX PARTE REQUEST FOR AUTHORIZATION TO PAY EXPERT FEES AND ORDER THEREON** |
| ALAN O. GONZALEZ, ) | |
| Defendant. ) | |

I, Joan Kerry Bader, declare as follows:

1. I am the attorney of record in the above-captioned case, representing defendant Alan O. Gonzalez.

2. Mr. Gonzalez is charged in an Indictment with having committed a violation of 21 USC section 952 and 960, and 841(a)(10, Importing and Possessing withthe Intent to Distribute approximately 118 ppounds of marijuana.

3. A status hearing in this csae is scheduled before this court on December 14, 2007. An evidentiary hearing is scheduled for January 10, 2008 before this Court.

4. The defense previously filed a suppression motion, a discovery motion and a motion for leave to file further motions. This ocurt ordered the defense to refile these motions. This will be done this week.

5. The suppressopn motion in this case involves the recording of Mr. Gonalez' statements to the agents who arrested him. As

1 they are the subject of the motiona dn becuase they were
2 recorded, it may be helpful to have the recording transcribed.
3 6. I have asked other CJA attorneys for referrals to
4 transcription services and I was referred to Pro Tem Legal
5 Services here in San Diego. I was advised by Pro Tem that a
6 transcription of the DVD will require translating it into a
7 format that can be transcribed more quickly and more
8 accurately, which, along with the actual transcription will
9 cost no more than $500.00.
10 7. Therefore, at this time, I respectfully ask the Court to issue
11 an order to permit Pro Tem to translate and transcribe the DVD
12 so that there will be a transcript of the statements which are
13 the heart of the suppression motion.
14 8. This **ex parte** requests contains the legal strategems which I
15 am employing as defense counsel in order to provide my client
16 with a constitutionally adequate defense in accord with <u>Mason</u>
17 <u>v. Arizona</u>, 504 F.2d 1345, 1351 (9th Cir. 1974). Thus, it is
18 requested that this **ex parte** request and orders be filed **under**
19 **seal**, *with a conformed copy to be made available to defense*
20 *counsel and to the financial office.*
21 9. I hereby declare under penalty of perjury under the laws of
22 the United States that the foregoing is true and correct and
23 with respect to those matters stated on information in San
24 Diego, California.

25         Respectfully submitted,
26
27 DATED:   Decembre 4, 2007     Joan Kerry Bader
                                 Attorney for Defendant Gonzalez
28

07cr2977JLS