1
2
3                    UNITED STATES DISTRICT COURT

4                  SOUTHERN DISTRICT OF CALIFORNIA

5                   (HONORABLE JANIS L. SAMMARTINO)

6
7
    UNITED STATES OF AMERICA,          )        Case No. 07CR2977JLS
8
                        Plaintiff,     )
9                                      )
    v.                                 )
10                                     )
    ALAN O. GONZALEZ,                  )
11                                     )        EX PARTE ORDER GRANTING FEES
                        Defendant.     )        TO PRO TEM LEGAL SERVICES FOR
12                                     )        TRANSLATION AND TRANSCRIPTION
                                       )        SERVICES FOR DEFENDANT ALAN
13                                     )        GONZALEZ

14

15       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this ex parte

16   request to translate DVD recording of defendant's statements into

17   a format to be transcribed be granted.

18       It is further ordered that Pro Tem Legal Services be

19   compensated no more than $500.00 for the translation and

20   transcription of the DVD.

21   It is further ordered that this request be filed under seal

22   and a conformed order be sent to defense counsel.

23

24   DATED: 12/5/07

25                                          THE HON. JANIS L. SAMMARTINO
                                            U.S. District Court Judge
26

27

28

                                                            07cr2977JLS