JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant GONZALEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2977JLS |
|---|---|---|
| Plaintiff, | ) | DATE: December 20, 2007 |
|  | ) | TIME: 1:30 p.m. STATUS |
| v. | ) | DATE: January 7, 2008 |
|  | ) | TIME: 9:00 A.M. |
|  | ) | TRIAL |
| ALAN O. GONZALEZ, | ) |  |
|  | ) | PROOF OF SERVICE |
| Defendant. | ) |  |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
      STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:

     The defendant, Alan Gonzalez, by and through his counsel, Kerry Bader, has served the Court and Assistant United States Attorney Steven DeSalvo on this date with Mr. Gonzalez' notice of motions and motions for discovery and leave to file further motions.

Dated:  December 17, 2007     Respectfully submitted,

                              //JOAN KERRY BADER

                              JOAN KERRY BADER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28