**FILED**
AUG 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '07 MJ 8743

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Alan O. GONZALEZ, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about August 30, 2007, within the Southern District of California, defendant Alan O. GONZALEZ, did knowingly and intentionally import approximately 53.88 kilograms (118.54 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Vincent McDonald Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF AUGUST 2007.

/s/ Leo S. Papas
LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alan O. GONZALEZ

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Vincent McDonald.

On August 30, 2007, at approximately 0555 hours, Alan O. GONZALEZ entered the United States from the Republic of Mexico via the Calexico, CA West Port of Entry. GONZALEZ was the sole occupant and driver of a 1986 Ford F350 Lariat.

Customs & Border Protection (CBP) Officer Mercado obtained a negative Customs declaration from GONZALEZ. GONZALEZ stated the vehicle belonged to him and was traveling to the U.S. to work in construction. CBP Officer Mercado noticed GONZALEZ was nervously fidgeting in his seat. CBP Officer Mercado began to inspect the vehicle and encountered a propane tank that was mounted in the vehicle. CBP Officer Mercado tapped the propane tank and received a solid thud with no vibration. Based on GONZALEZ nervous behavior and the response from the propane tank, he was referred to the vehicle secondary (VS) area for further inspection.

In the VS inspection area, CBP Officer R. Ramirez received a negative Customs declaration from GONZALEZ. GONZALEZ stated he was traveling to work in Calexico. CBP Officer R. Ramirez was then informed by CBP Officer Jones in the VS area that his canine had alerted to the propane tank area. CBP Officer R. Ramirez uncovered a total of 7 packages with a net weight of 53.88 kilograms (118.54 pounds) concealed within the propane tank of the vehicle. CBP Officer R. Ramirez field-tested a single package and it tested positive for marijuana.

GONZALEZ was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions without the presence of an attorney. GONZALEZ stated he thought marijuana was in the vehicle, and he was to be paid $1,500.00 to

Limited Official Use, Non-Public Information - 5 C.F.R. § 2635.703

Summary of Defendant's Post-Arrest Statement
United States v. Alan Oszuel GONZALEZ

On or about August 30, 2007, within the Southern District of California, defendant Alan O. GONZALEZ, did knowingly and intentionally import approximately 53.88 kilograms (118.54 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960. GONZALEZ was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions without the presence of an attorney. GONZALEZ stated he thought marijuana was in the vehicle and he was to be paid $1500 to cross the vehicle into the U.S. at which time he would call a contact for further instructions. GONZALEZ continued in stating he was told by the unidentified subjects who provided him with the vehicle that the substance in the vehicle was marijuana. GONZALEZ was relieved that the drug was not a substance that carried a more severe punishment such as cocaine.

Dated: 08/30/2007

McDonald
Special Agent
U.S. Immigration and Customs Enforcement

Limited Official Use, Non-Public Information - 5 C.F.R. § 2635.703