OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION | TECS ACCESS ▓▓▓ |
|---|---|
| | PAGE 1 |
| | CASE NUMBER ▓▓▓ |

TITLE: ALAN O GONZALEZ

CASE STATUS:   INIT RPT

| REPORT DATE<br>090507 | DATE ASSIGNED<br>083107 | PROGRAM CODE ▓▓▓ | REPORT NO.<br>001 |
|---|---|---|---|

RELATED CASE NUMBERS: ▓▓▓

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW AND ARREST OF ALAN O GONZALEZ

SYNOPSIS:
On August 30, 2007, Alan O. GONZALEZ entered the United States through the Calexico, California (CA) West Port of Entry driving a 1986 Ford Lariat F350. GONZALEZ was the sole occupant and driver of the vehicle. Customs and Border Protection (CBP) Officers discovered seven packages totaling 53.88 kilograms (118.54 pounds) of marijuana concealed in a propane tank mounted on the vehicle. FP&F#20072503000691.

GONZALEZ was arrested for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. GONZALEZ was processed and transported to the Imperial County Jail pending his Initial Appearance before the U.S. Magistrate Judge.

| DISTRIBUTION: ▓▓▓ | SIGNATURE:<br>MCDONALD    VINCENT    L    SPECIAL AGENT |
|---|---|
| | APPROVED:<br>MATAYA    WILLIAM    J    SPECIAL AGENT |
| | ORIGIN OFFICE: CA<br>CALEXICO, CA - ASAC |    TELEPHONE ▓▓▓ |
| | TYPIST: MCDONALD |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

0047

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   2 |
|---|---|
| | CASE NUMBER: ▮▮▮▮▮ |
| | REPORT NUMBER: 001 |

DETAILS OF INVESTIGATION:

On August 30, 2007, Alan O. GONZALEZ, a United States (US) citizen entered the US via the Calexico West, California Port of Entry (POE) lane #3. GONZALEZ was the driver and sole occupant of a 1986 Ford Lariat F350. In his possession was a California temporary operating permit, identification number 859674S.

At approximately 5:55 a.m., Customs and Border Protection (CBP) Officer Mercado was conducting primary inspection at the Calexico West POE when GONZALEZ presented himself for inspection. CBP Officer Mercado obtained a negative Customs declaration from GONZALEZ, who presented himself as a US citizen. In his possession was a valid Arizona driver's license number (D01750587), bearing the name Alan Oszuel GONZALEZ, and date of birth (DOB) 11/03/1985. When asked if he was the owner of the vehicle, GONZALEZ stated that he purchased the vehicle six months prior in Mexicali for $800. CBP Officer Mercado observed GONZALEZ nervously fidgeting in the driver's seat. CBP Officer Mercado began to inspect the vehicle and encountered a propane tank mounted on the bed area. CBP Officer Mercado tapped on the propane tank and received a solid thud as a response with no vibration. Based on his observations, CBP Officer Mercado referred GONZALEZ and the vehicle into the vehicle secondary (VS) area for further examination.

CBP Officer Ramirez encountered GONZALEZ in the vehicle secondary area and continued to perform the inspection. CBP Officer Ramirez obtained a negative Customs declaration from GONZALEZ and asked him where he was going. GONZALEZ stated he was going to work in Calexico. CBP Officer Ramirez then asked who owned the vehicle, and GONZALEZ stated that it was his.

During questioning, CBP Officer Ramirez observed CBP Officer Jones and his assigned Human/Narcotic Detector Dog "Bedo" (▮▮▮▮) conducting operations in the area. CBP Officer Ramirez requested CBP Officer Jones inspect the vehicle with "Bedo". "Bedo" alerted to the propane tank area of the vehicle. CBP Officer Ramirez then escorted GONZALEZ into the VS office.

Continued inspection of the propane tank by CBP Officer Ramirez revealed bondo on the outer area of the tank. The end cap of the tank was removed and seven packages were extracted. A random package was probed, which produced a green leafy substance that field tested positive for marijuana, a Schedule I Controlled Substance. The packages had a combined weight of 53.88 kilograms (118.54 pounds).

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER: ▓▓▓▓▓ |
| | REPORT NUMBER: 001 |

GONZALEZ was placed under arrest and U.S. Immigration and Customs Enforcement Special Agents Vincent McDonald and Tim Henderson were contacted and responded to the Calexico West POE.

INTERVIEW OF GONZALEZ:

On August 30, 2007, starting at approximately 11:25 a.m. and terminating at approximately 11:45 am, a DVD-recorded interview in the English language was conducted of GONZALEZ by Special Agent (S/A) McDonald. GONZALEZ was advised of his Constitutional rights in the English language by S/A McDonald in the presence of S/A Henderson. GONZALEZ waived his rights and executed a written waiver in the English language, which indicated that he agreed to answer questions without a lawyer present.

During the interview, GONZALEZ did not appear to be ill, intoxicated or under the influence of drugs. He was alert, responsive and appeared capable of communicating. GONZALEZ was asked when was the last time he used drugs. GONZALEZ stated that he has used ice, and he last used marijuana approximately six months prior. GONZALEZ was asked if he ever used alcohol, and he stated he last drank beer approximately one week prior. GONZALEZ was asked if he would like a drink of water and he stated "yes." He was then provided with water. GONZALEZ was asked if he would like to use the restroom and he stated "no."

The synopsis below is only a summary of the statements made by GONZALEZ during the interview. It is not a complete depiction of the entire statements made by GONZALEZ. For a more complete and thorough portrayal of the interview, please refer to the recorded DVD.

During the interview, GONZALEZ made the following statements:

GONZALEZ stated that he thought marijuana was in the vehicle, because that was what he was told when he was provided the vehicle. GONZALEZ received the vehicle at approximately 4:30 a.m. from an unidentified subject in Mexico prior to driving it across the border.

GONZALEZ stated he was relieved that marijuana was found in the vehicle, and not a different drug that would constitute a more severe penalty. GONZALEZ stated he was to be paid $1,500.00 to cross the vehicle into the U.S. at which time he would call a contact for further instructions. The call was to be made from a cellular telephone that was provided to him.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 4 |
|---|---|
| | CASE NUMBER: (redacted) |
| | REPORT NUMBER: 001 |

GONZALEZ was transported to the Imperial County Jail to await his appearance before a U.S. Magistrate Judge in El Centro, CA.

DEFENDANT:

NAME:       Alan Oszuel GONZALEZ
DOB:        November 3, 1985
POB:        San Luis, Mexico
ADD:        3416 W 21st Place
            Yuma, Arizona 85364

CRIMINAL RECORD:

FBI number:             (redacted)
State ID number

Arrest Date             06-17-2007
Arresting Agency        AZ0140800    SAN LUIS PD
Case Number             J-1401-MS-200600575
Charge                  FAIL TO COMPLY-COURT ORDER
Disposition             Guilty
Jail                    1 Day
Fine                    000262
Other                   OTH FIN $152.34


Arrest Date             06-17-2007
Warrant                 CR2006003122DV
Arresting Agency        AZ0140800    SAN LUIS PD
Case Number             M-1441-CR-2006003122
Charge                  DOM VIOL
Disposition             Guilty
Jail                    6 Months
Probation               Yuma, CO   3 years

VEHICLE DATA:

Year/Make:      1986 Ford Lariat F350
License Plate:  California, temporary operating permit 859674S
R/O:            Alan O. GONZALEZ

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| | CASE NUMBER: ▓▓▓▓ |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 001 |

1312 D. Navarro P.O. Box 1040
Heber, California 92249

Vehicle seized under authority of Title 19 USC 1595(a): Any conveyance used to import merchandise contrary to law may be seized and forfeited.

VIOLATIONS OF LAW:

21 USC 952 and 21 USC 960 - Importation of a Controlled Substance

JUDICIAL DISTRICT:

Southern District of California

DATE/TIME/PLACE of ARREST and SEIZURE:

August 30, 2007/Approximately 6:20 a.m./Calexico West POE/ SAS#20072503000691

CHAIN OF CUSTODY FOR SEIZED ITEMS:

Marijuana (Bulk) / kilograms.

In custody of: Customs and Border Protection, FP&F Otay Mesa Comm. Facility, Cargo West, 9495 Customhouse Plaza, San Diego, CA 90173.

Marijuana (samples) / Evidence samples needed for trial submitted to DEA Lab, Vista, CA.

LIST OF WITNESSES:

Primary       CBP Officer Mercado
Secondary     CBP Officer Ramirez
Canine        CBP Officer Jones

Co-Case Agent     Special Agent Tim Henderson

CASE AGENT:

Special Agent Vincent McDonald
PH: ▓▓▓▓▓▓▓▓▓▓

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 6 |
|---|---|
| | CASE NUMBER: ▒▒▒▒▒ |
| | REPORT NUMBER: 001 |

INVESTIGATION CONTINUES:

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

0052

```
                        OFFICIAL USE ONLY
----------------------------------------------------------------
|      DEPARTMENT OF HOMELAND SECURITY          PAGE      1
                         ICE
  T R A F F I C K E R S   F E E S/C O M M I S S I O N S
----------------------------------------------------------------
   ROI NUMBER: CA13ME07CA0655001  TITLE: ALAN O GONZALEZ
   GOV INIT/PARTIC:         INFO RECD,SEIZURE/DEBRIEF: X
   SOURCE OF INFORMATION: CS  RELIABILITY: 5 DATE OF INFO: 08/30/2007
   SEIZURE NUMBER: 20072503000691
   DRUG: X    MONEY LAUNDERING:
----------------------------------------------------------------
   DRUG TYPE: MAR QUANTITY:       54   UOM: DRGKG
 ACTUAL/SCHEDULE DELIVERY DATE: 08/30/2007
   TRANSPORTATION MODE: PC
   TRANSPORT ORIGIN: MX  TRANSIT:     DESTINATION: US
   UP FRONT FEE:
   TRANSPORT FEE: $    1,500  PER LOAD: X   PER UOM:
   PAYMENT IN PRODUCT: Y/N    QUANTITY:        UOM: DRG
```

OFFICIAL USE ONLY

0053