

**U.S. Immigration and Customs Enforcement**

## STATEMENT OF RIGHTS

*AG* Before we ask you any questions, it is my duty to advise you of your rights.

*AG* You have the right to remain silent.

*AG* Anything you say can be used against you in court, or other proceedings.

*AG* You have the right to consult an attorney before making any statement or answering any questions.

*AG* You have the right to have an attorney present with you during questioning.

*AG* If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

*AG* If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

---

## WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody at ___6:20 AM___ (time), on _08/30/2007_ (date), and have signed this document at _11:30 AM_ (time), on_08/30/2007_ (date).

_Alyn Osziel Gonzalez_      _[signature]_
Print Name      Signature

WITNESS: _[signature]_      DATE: 08/30/2007

WITNESS: _[signature]_      DATE: 08/30/2007