```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone: (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant GONZALEZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2977JLS |
|---|---|---|
| Plaintiff, | ) | DATE: February 4, 2008 |
| v. | ) | |
| ALAN O. GONZALEZ, | ) | PROOF OF SERVICE |
| Defendant. | ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:

The defendant, Alan Gonzalez, by and through his counsel, Kerry Bader, hereby serves the Court and Assistant United States Attorney Steven DeSalvo on this date with his Response to the Government's reply briefs and his Motion to Seal transcript of interrogation.

Dated: February 1, 2008          Respectfully submitted,


                                 /s/ Joan Kerry Bader

                                 JOAN KERRY BADER

                                 Attorney for Defendant Gonzalez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28