1  KAREN P. HEWITT
   United States Attorney
2  STEVEN DE SALVO
   Assistant United States Attorney
3  California State Bar No. 199904
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7032
   Facsimile: (619) 235-7837
6
   Attorneys for Plaintiff
7  United States of America

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,  )  Criminal Case No. 07CR2977-JLS
                              )
11              Plaintiff,    )  **NOTICE OF WITHDRAWAL**
                              )
12        v.                  )
                              )
13 ALAN OSZUEL GONZALEZ,      )
                              )
14              Defendant.    )
                              )
15                            )
                              )
16                            )
                              )
17                            )
                              )
18                            )

19

20      Notice is hereby given by Steven De Salvo, Assistant United States Attorney, on behalf of the

21 United States, that the following document is withdrawn from the record in the above-captioned case

22 to correct an inadvertent error in the substantive text of the document:

23      Document:   Response in Opposition by USA as to Alan Osquel Gonzalez re Motion for

24                 Discovery

25      File Date:  January 28, 2008

26      Docket No.  20

27

28


1
2    DATED:  February 3, 2008
3                                  Respectfully Submitted,
4                                  KAREN P. HEWITT
                                   United States Attorney
5
                                   /s/ Steven De Salvo
6
                                   STEVEN DE SALVO
7                                  Assistant U.S. Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2977-JLS |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ALAN OSZUEL GONZALEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the NOTICE OF WITHDRAWAL on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Joan Kerry Bader**
Law Offices of J. Kerry Bader
964 Fifth Avenue
Suite 214
San Diego, CA 92101-6128
(619)699-5995
kbader1270@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2008.

s/ n De Salvo

STEVEN DE SALVO