MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>EXHIBIT LIST</u>

UNITED STATES OF AMERICA          VS          ALAN OSZUEL GONZALEZ

Plaintiff    X   Defendant      Court      Type of Hearing: EVIDENTIARY (SUPPRESSION) HEARING

Case Number: 2007CR2977-JLS

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | February 4, 2008 | February 4, 2008 | (UNDER SEAL) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |