# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 FEB -6 PM 2:3

*This space for Clerk's Office File Stamp*

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Sammartino

FROM: J. Paris, Deputy Clerk     RECEIVED DATE: 1/30/08

CASE NO.: 07cr2977     DOCUMENT FILED BY: Joan Kerry Bader

CASE TITLE: USA v. Gonzalez

DOCUMENT ENTITLED: For Motion Hearing

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: There is not an order sealing documents – Documents submitted for filing under seal MUST be accompanied by motion and proposed order authorizing sealing. |

Date forwarded: 1/30/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Sammartino

Dated: 1/31/08     By: _____

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant GONZALEZ

5

                    UNITED STATES DISTRICT COURT
6
                   SOUTHERN DISTRICT OF CALIFORNIA
7
                  **(HONORABLE JANIS L. SAMMARTINO)**
8
   UNITED STATES OF AMERICA,    )    CASE NO. 07CR2977JLS
9                               )
                Plaintiff,      )    DATE: February 4, 2008
10                              )
   v.                           )
11                              )
   ALAN O. GONZALEZ,            )
12                              )    DOCUMENTS SUBMITTED BY THE
                Defendant.      )    DEFENSE FOR MOTION HEARING
13 _____)

14 TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
        STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:
15

16     The defendant, Alan Gonzalez, by and through his counsel, Kerry

17 Bader, hereby serves the Court and Assistant United States Attorney

18 Steven DeSalvo on this date with a copy of the interrogation of Mr.

19 Gonzalez by federal agents who arrested him at the Calexico Port of

20 Entry.

21

22 Dated:  January 29, 2008 Respectfully submitted,

23

24                                    _____

25                                    JOAN KERRY BADER

26                                    Attorney for Defendant Gonzalez

27

28

                                    1                          07cr2977JLS