```
J. Kerry Bader, Attorney at Law
964 Fifth Avenue, Ste. 214
San Diego, CA 92101-6128
ph 619-699-5995
fax 619-699-5996
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2977JLS |
| Plaintiff, | ) | |
| v. | ) | JURY ISNTRUCTIONS |
| ALAN O. GONZALEZ, | ) | |
| Defendant. | ) | |

To: Karen Hewitt, United States Attorney
Assistant United States Attorney Steven DeSalvo

    Alan Gonzalez, the defendant in this matter, by and through his attorney, Kerry Bader, hereby submits the following jury instructions.

Dated: February 7, 2008

                                                          Joan Kerry Bader
                                                          Attorney for Alan Gonzalez

```
J. Kerry Bader, Attorney at Law
964 Fifth Avenue, Ste. 214
San Diego, CA 92101-6128
ph 619-699-5995
fax 619-699-5996
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2977JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY ISNTRUCTIONS |
| ALAN O. GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

To: Karen Hewitt, United States Attorney
Assistant United States Attorney Steven DeSalvo

1. Ninth Circuit Model Jury Instruction 4.1 Statement of Defendant

2. Ninth Circuit Model Jury Instruction 4.3 Other Crimes

3. Ninth Circuit Model Jury Instruction 4.17 Opinion/Expert Witness Evidence

4. Ninth Circuit Model Jury Instruction 4.18 Summaries Not Received In Evidence

Dated: February 7, 2007                    _____
                                            Joan Kerry Bader, Attorney
                                            for Mr. Gonzalez