```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant GONZALEZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )  | CASE NO. 07CR2977JLS |
| Plaintiff,      ) | |
| v.                                  ) | PROOF OF SERVICE |
| ALAN O. GONZALEZ,                   ) | |
| )  | E |
| Defendant.     ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    STEVEN DE SALVO, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Alan Gonzalez, by and through his counsel, Kerry Bader, has served the Court on this date with Mr. Gonzalez' proposed Jury Instructions

Dated:  February 7, 2008      Respectfully submitted,

                              //Joan Kerry Bader

                              JOAN KERRY BADER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28