KAREN P. HEWITT
United States Attorney
STEVEN DE SALVO
Assistant U.S. Attorney
California State Bar No. 199904
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7032

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>            Plaintiff,                        )<br>                                                        )<br>      v.                                             )<br>                                                        )<br> ALAN OSZUEL GONZALEZ,       )<br>                                                        )<br>            Defendant.                    )<br>                                                        )<br> _____ ) | CRIMINAL CASE NO. 07CR2977-JLS<br><br><br><br>**EXHIBIT LIST** |

   COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant U.S. Attorney, and respectfully submits the following list of exhibits it intends to submit at trial:

   1.   Photograph of Defendant's vehicle

   2.   Photograph of propane tank

   3.   Photograph of fasteners and screws to propane tank

   4.   Photograph of propane tank containing packages

   5.   Photograph of seven (7) packages

   6.   Statement of Rights

   7.   DVD of Defendant's interview

   8.   Transcript of DVD of Defendant's interview

   9.   Value chart for controlled substance (demonstrative exhibit).

DATED: February 10, 2008        Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

_____
STEVEN DE SALVO
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2977-JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| ALAN OSZUEL GONZALEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S EXHIBIT LIST** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Joan Kerry Bader

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2008.

/s/ ***Steven De Salvo***
STEVEN DE SALVO
Assistant United States Attorney