```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Gonzalez

            THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
              THE HON. JANIS SAMMARTINO

THE UNITED STATES OF         )   CASE NO.07cr02977JLS
AMERICA                      )
                             )   EXHIBITS PERTAINING
                             )   TO OBJECTIONS TO THE
v.                           )   PRE-SENTENCE REPORT
                             )
ALAN OZUEL GONZALEZ,         )
          Defendant          )
                             )
                             )
_____)
```

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
      STEVEN DESALVO, ASSISTANT UNITED STATES ATTORNEY
      JORGE HERNANDEZ BRAVO, UNITED STATES PROBATION OFFICER

   Mr. Gonzalez presents the following exhibits that support the defendant's

Objections to the pre-sentence report.


DATED: August 17, 2008            /s/Joan Kerry Bader

                                  Joan Kerry Bader, attorney

                                  For Defendant Gonzalez