JOAN KERRY BADER  
California State Bar No. 172586  
964 Fifth Avenue, Suite 214  
San Diego, California   92101-6128  
Telephone:  (619) 699-5995  
FAX (619) 699-5996  
Attorney for Defendant Gonzalez  

```
            THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
               THE HON. JANIS SAMMARTINO
```

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.07cr02977JLS<br><br>EXHIBITS PERTAINING TO OBJECTIONS TO THE PRE-SENTENCE REPORT |
| v. | | |
| ALAN OZUEL GONZALEZ,<br>      Defendant | | |
| _____ | | |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;  
      STEVEN DESALVO, ASSISTANT UNITED STATES ATTORNEY  
      JORGE HERNANDEZ BRAVO, UNITED STATES PROBATION OFFICER  

   Mr. Gonzalez presents the following exhibits that support the defendant's

Objections to the pre-sentence report.

DATED: August 17, 2008          /s/Joan Kerry Bader

                                Joan Kerry Bader, attorney

                                For Defendant Gonzalez