# **EXHIBIT 1**

| STATE OF ARIZONA vs Alan Gonzalez | DOCKET NO. CR04-2095 | GUILTY/NO CONTEST PLEA PROCEEDING |
|---|---|---|
| Defendant | | |

Defendant personally appeared before the court and/or by audio/video, and the court ascertained the following facts, noting each by initialing it.

1. Defendant understands the nature of the charge[s] against him/her, namely __13-2904A1__
   ☐ a violation[s] of the City Code,  ☒ a class[es] __1__ misdemeanor, or ☐ a petty offense.

2. That defendant understands the range of possible sentences for the offenses charged, from a suspended sentence to a maximum __6 months__, and that the mandatory minimum fine and/or jail time (if any) is __suspended__, and that defendant can be fined up to $ __4,505.00__, and that if defendant defaults in payment of any installment, the court may issue a warrant for defendant's arrest, adjudge defendant in contempt of Court upon a finding that the default was willful, and incarcerate defendant in jail for a time to be served at a minimum of $10.00 of the fine for each day of imprisonment. The sentence shall not extend beyond the term of imprisonment for which the defendant might be sentenced for the offense of which the defendant has been found guilty.

3. Defendant understands that the following constitutional rights are given up by defendant's plea[s] of guilty/no contest:
   a. The right to plead not guilty and the right to remain silent and be presumed innocent until proven guilty beyond a reasonable doubt.
   b. The right to a trial by jury, if any, or trial to the court.
   c. The right to assistance of an attorney at all stages of the proceedings, including appeal. In some cases, the defendant may be eligible for a court-appointed attorney furnished free of charge, if the defendant cannot afford one. Defendant indicated that defendant waives defendant's right to a possible court appointed attorney and/or to hire defendant's own attorney.
   d. The right to confront the state's witnesses and to cross-examine them as to the truthfulness of their testimony.
   e. The right to present evidence on the defendant's own behalf and to have the state compel the defendant's chosen witnesses to appear and testify free of charge.
   f. The right to a direct appeal, but may seek review only by filing a petition for post-conviction relief pursuant to Rule 32, Rules of Criminal Procedure, and, if denied, a petition for review.

4. If you are not a citizen of the United States, pleading guilty or no contest to a crime may affect your immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. Your plea or admission of guilt could result in your deportation or removal, could prevent you from ever being able to get legal status in the United States, or could prevent you from becoming a United States citizen.

5. There exists a basis in fact for believing defendant guilty of the offenses charged.

6. Defendant and the prosecutor have entered into a plea agreement and that defendant understands and consents to its terms.

7. The plea is voluntary and not the result of force, threats, or promises other than a plea agreement.

8. Defendant is satisfied with the services of defendant's attorney.

I CERTIFY THE JUDGE PERSONALLY ADVISED ME OF THE MATTERS NOTED ABOVE: I UNDERSTAND, AGREE WITH, AND APPROVE THE FINDINGS MADE BY THE JUDGE; I UNDERSTAND THE CONSTITUTIONAL RIGHTS WHICH I GIVE UP BY ENTERING THIS PLEA; AND I STILL DESIRE TO PLEAD ☒ GUILTY ☐ NO CONTEST, TO THE CHARGES ABOVE SET FORTH.

DATE: __Feb. 25, 05__                                   X _____ Defendant

_____                               _____
Interpreter, if any                                      Defense Attorney, if any

ON THE BASIS OF THESE FINDINGS, I CONCLUDE THAT DEFENDANT KNOWINGLY, VOLUNTARILY, AND INTELLIGENTLY PLEAD GUILTY AND/OR NO CONTEST TO THE ABOVE CHARGES, AND I ACCEPT DEFENDANT'S PLEA[S] AND FIND THE DEFENDANT GUILTY.

DATE: __Feb. 25, 05__                                   _____ Judge

IT IS THE JUDGMENT OF THIS COURT THAT THE DEFENDANT IS GUILTY OF:
1. Disorderly Conduct.
2.
3.

IT IS THE SENTENCE OF THIS COURT THAT THE DEFENDANT COMPLY WITH THE SENTENCING PROVISIONS BELOW:
1. 6mo jail w/ 5mo 29 days susp; $185.00; $18.00 case fee; 2 yrs probation
2.
3.

DEFENDANTS PLACED ON PROBATION HAVE A STANDARD CONDITION TO OBEY ALL LAWS.
    ☐ ANY SPECIAL CONDITIONS OF PROBATION SHALL BE SET FORTH ON A SEPARATE ORDER.

IN THE MUNICIPAL COURT
CITY OF YUMA, COUNTY OF YUMA, STATE OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA <br> Plaintiff <br><br> vs. <br><br> ALAN GONZALEZ <br> Defendant | ) <br> ) Docket No. CR2004-2695 <br> ) <br> ) <br> ) PLEA AGREEMENT <br> ) <br> ) <br> ) |

The state of Arizona and the defendant hereby agree to the following dispositions of the case.

Plea: The defendant agrees to plead GUILTY to the added charge of: DISORDERLY CONDUCT, A.R.S. §13-2904A1.

Terms: On the following understandings, terms and conditions:

1. The defendant will receive the following sentence: 6 MONTHS IN JAIL, WITH ALL BUT 1 DAY SUSPENDED, A FINE OF $185.00, AN $18.00 CASE-PROCESSING FEE, AND 2 YEARS UNSUPERVISED PROBATION.

2. That if he/she defaults in payment or any installment, the court may issue a warrant for his/her arrest, adjudge him/her in contempt of Court upon a finding that the default was willful, and incarcerate him/her in jail for a time to be served at a minimum of $10.00 of the fine for each day of imprisonment. The sentence shall not extend beyond the term of imprisonment for which the defendant might be sentenced for the offense of which the defendant has been found guilty.

3. The following charges are dismissed against the defendant (dismissal does not reflect any determination as to whether or not there were sufficient facts to support the issuance of the citations): ASSAULT, A.R.S. §13-1203A3.

4. That this agreement, unless rejected or withdrawn, serves to amend the complaint, indictment, or information to charge the offense to which the defendant pleads, without the filing of any additional pleading. If the plea is rejected or withdrawn, the original charges are automatically reinstated.

5. Unless the plea is rejected or withdrawn, the defendant hereby gives up any and all motions, defenses, objections or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment against him and imposition of a sentence upon him inconsistent with this agreement, including his right to appeal.

6. That if after accepting this agreement the court concludes that any of its provisions regarding the sentence or the term and conditions of probation are inappropriate, it can reject the plea, giving the defendant an opportunity to withdraw the plea.

7. In victim related cases, victims will receive notification of this agreement and their victims' rights and rights to restitution (if applicable).

8. That if I am not a citizen of the United States, the plea may have immigration consequences. If I am not a citizen of the United States, pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me from becoming a United States citizen. However, I am not required to disclose my legal status in the United States to this court.

I have read and understand the above. I understand my constitutional rights and understand that by accepting this plea bargain, I will be giving up my right to a trial, to confront, cross-examine, and compel the attendance of witnesses, and my privilege against self incrimination. I agree to enter my pleas as indicated above on the terms and conditions of this agreement. I fully understand that if I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation in the event that I violate any written condition of my probation.

DATE: 2-25-05               _____
                            ALAN GONZALEZ, DEFENDANT

I have discussed this case with my client and advised him of his constitutional rights and all possible defenses. I believe that the plea and disposition are appropriate under the facts of this case and concur with the terms and conditions set forth herein.

DATE: 2/25/05               _____
                            RICHARD GELLER, ATTORNEY FOR DEFENDANT

I have reviewed this matter and concur that this plea and disposition are appropriate and in the interest of justice.

DATE: 2-16-05               _____
                            JAY R. CAIRNS, PROSECUTOR

JRC/sc/2/16/2005

# **EXHIBIT 2**

# CITY OF YUMA MUNICIPAL COURT

1515 S. 2nd Avenue, Yuma, AZ 85364 (928) 373-4800

| STATE OF ARIZONA vs.<br>Alan Osvvel GONZALES<br>Defendant | DOCKET NO.<br>CR06-3121<br>CR06-3122 | RECEIPT, NOTICE OF WAIVER OF CONSTITUTIONAL RIGHTS, AND WAIVER OF COUNSEL (ATTORNEY/LAWYER) |
|---|---|---|

I HEREBY ACKNOWLEDGE THAT I HAVE READ (OR HAD READ TO ME) AND UNDERSTAND THE CONTENTS OF THE YUMA MUNICIPAL COURT FORM ENTITLED <u>NOTICE AS TO ARRAIGNMENTS, PRETRIALS, TRIALS AND SENTENCINGS</u> AND BY SIGNING HEREIN I ACKNOWLEDGE HAVING RECEIVED A COPY OF THAT DOCUMENT. ALSO, IF APPLICABLE, I KNOWINGLY, INTELLIGENTLY AND VOLUNTARILY AGREE TO APPEAR AT ANY COURT PROCEEDING BY AN INTERACTIVE AUDIOVISUAL DEVICE. (DON'T SIGN IF YOU HAVE ANY QUESTIONS.)

_Alan O. Gonzalez_ / June 18 07
Defendant                     Date

NOTICE TO DEFENDANTS PLEADING GUILTY AND/OR NO CONTEST THAT BY ENTERING SUCH A PLEA[S] YOU WAIVE (GIVE UP) YOUR CONSTITUTIONAL RIGHTS

For those persons who wish to plead guilty and/or no contest to the charge[s] or otherwise enter such a plea[s] pursuant to a plea agreement you are hereby notified as follows:

<u>THAT YOU WAIVE (GIVE UP) YOUR CONSTITUTIONAL RIGHTS INCLUDING YOUR RIGHT TO HAVE AN ATTORNEY. YOU WILL BE ASKED BY THE JUDGE TO SIGN THE BACK SIDE OF THIS DOCUMENT "WAIVER OF COUNSEL" AFTER YOU READ IT. IF YOU HAVE ANY QUESTIONS, ASK THE JUDGE BEFORE YOU SIGN.</u>

### WAIVER OF COUNSEL/ATTORNEY/LAWYER

INSTRUCTIONS: You have told the Judge that you do not want an attorney. The purpose of this form is to notify you of your right to an attorney and of the ways in which an attorney can be important to you in this case, and also to allow you to give up your rights if you so choose. READ THE ENTIRE FORM CAREFULLY BEFORE SIGNING IT.

MUN FORM #108 Rev. 10/01

# CITY OF YUMA MUNICIPAL COURT
## 1515 S. 2nd Ave. Yuma, AZ 85364

| STATE OF ARIZONA vs. Gonzalez, Alan — Defendant | DOCKET NO. CR06-3121 CR06-3122 | JUDGMENT AND SENTENCE (Domestic Violence) |
|---|---|---|

1. The defendant is/was found guilty after pleading guilty and/or no contest, and/or after trial of the following domestic violence offense[s] as defined by A.R.S. 13-3601(A).
   - ___ Assault
   - ___ Criminal Damage
   - ___ Disorderly Conduct
   - ___ Harassment
   - **1 & 2** Interference w/Judicial Proceedings
   - ___ Telephone to Harass
   - ___ Threatening and Intimidating
   - ___ Trespassing
   - ___ Other: _____

2. If the Victim's Rights laws apply to this case:
   1) ☐ Victim[s] _____ appeared and was/were given an opportunity to make a statement or recommendation as to sentencing;
   2) ☒ Victim[s] Dulce Celaya (was)/were given notification (or reasonable efforts were made to give a notification) and victim[s] did not appear.
   3) ☐ Victim[s] waived rights - see form in file.

3. 1) ☐ The defendant appeared at trial: ☐ ___ with counsel ☐ ___ without counsel.
   2) ☐ Defendant failed to appear at trial and the trial was held in absentia.
   3) ☒ Defendant plead ~~guilty~~/no contest.

4. It is the SENTENCE of this court that the defendant comply with the following sentencing provisions including but not limited to attending MANDATORY DOMESTIC VIOLENCE COUNSELING (the court will furnish defendant a copy of counseling form):
   1) 6 mos jail w/5 mos 28 da susp, 3 yrs unsupervised probation
   2) 6 mos jail w/5 mos 28 da susp, 3 yrs unsupervised probation
   3) _____

   ☐ Defendant to pay incarceration costs of $_____ per day per the sentencing document and/or pay agreement.
   ☐ Incarceration costs waived; court reasonably determined defendant is indigent and/or hardship applies.

**DEFENDANTS PLACED ON PROBATION HAVE A STANDARD CONDITION TO OBEY ALL LAWS.**

DATE OF CONVICTION: 6/18/07    /s/ Nancy Davis    Judge
DATE OF SENTENCING (if different) 7-6-07    /s/ Nancy Davis    Judge

Defendant has received a copy of this form and the STANDARD & SPECIAL CONDITIONS OF PROBATION, IF ANY.

X /s/ Alan Gonzalez    _____
    Defendant              Date

ORIGINAL

2007 MAR 19 AM 9 57
JUSTICE OF THE PLACE
YUMA CO. PRECINCT No. 1

IN THE FIRST PRECINCT JUSTICE COURT
COUNTY OF YUMA, STATE OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA,<br>  Plaintiff,<br>v.<br>ALAN OSZUEL GONZALEZ,<br>(DOB 11/03/85)<br>  Defendant. | J1401MS2006-00575<br><br>AMENDED COMPLAINT<br>(MISDEMEANOR) |

The complainant herein personally appears and being duly sworn, complains on information and belief against ALAN OSZUEL GONZALEZ, charging that in the FIRST Precinct, Yuma County, Arizona:

COUNT ONE: INTERFERING WITH JUDICIAL

That on or about the 6TH day of JULY, 2006, the defendant, ALAN OSZUEL GONZALEZ, did then and there knowingly disobey or resist the lawful order, process or other mandate of court, to-wit: VIOLATED ORDER OF PROTECTION IN CASE NO. S1400DO200600728, victim: DULCE TALINA CELAYA, a class one misdemeanor, all in violation of A.R.S. §§13-2810(A)(2), 13-2810, 12-707 and 13-802.

1  All of which is contrary to the form, force, and effect
2  of the statute in such cases made and provided, and against
3  the peace and dignity of the State of Arizona.
4
5
6  _____
   Officer's Signature
7  Subscribed and sworn to before me this 19 of MARCH, 2007.
8
9  _____
   JUSTICE OF THE PEACE OF SAID PRECINCT
10 KL/MM
11 Recommended Bond: WARRANT ISSUED
   AGENCY: YCSO
12 AGENT: DEPUTY CARR, P-56
   DR# 2006-32255
13 CO-DEFENDANTS: NONE

# CITY OF YUMA MUNICIPAL COURT

1515 S. 2nd Avenue, Yuma, AZ 85364 (928) 373-4800

| STATE OF ARIZONA vs. Alan Ozuel GONZALES  Defendant | DOCKET NO. CR06-3121 CR06-3122 | RECEIPT, NOTICE OF WAIVER OF CONSTITUTIONAL RIGHTS, AND WAIVER OF COUNSEL (ATTORNEY/LAWYER) |
|---|---|---|

I HEREBY ACKNOWLEDGE THAT I HAVE READ (OR HAD READ TO ME) AND UNDERSTAND THE CONTENTS OF THE YUMA MUNICIPAL COURT FORM ENTITLED <u>NOTICE AS TO ARRAIGNMENTS, PRETRIALS, TRIALS AND SENTENCINGS</u> AND BY SIGNING HEREIN I ACKNOWLEDGE HAVING RECEIVED A COPY OF THAT DOCUMENT. ALSO, IF APPLICABLE, I KNOWINGLY, INTELLIGENTLY AND VOLUNTARILY AGREE TO APPEAR AT ANY COURT PROCEEDING BY AN INTERACTIVE AUDIOVISUAL DEVICE. (DON'T SIGN IF YOU HAVE ANY QUESTIONS.)

_Alan O. Gonzalez_ / June 18 07
Defendant                                Date

NOTICE TO DEFENDANTS PLEADING GUILTY AND/OR NO CONTEST THAT BY ENTERING SUCH A PLEA[S] YOU WAIVE (GIVE UP) YOUR CONSTITUTIONAL RIGHTS

For those persons who wish to plead guilty and/or no contest to the charge[s] or otherwise enter such a plea[s] pursuant to a plea agreement you are hereby notified as follows:

<u>THAT YOU WAIVE (GIVE UP) YOUR CONSTITUTIONAL RIGHTS INCLUDING YOUR RIGHT TO HAVE AN ATTORNEY. YOU WILL BE ASKED BY THE JUDGE TO SIGN THE BACK SIDE OF THIS DOCUMENT "WAIVER OF COUNSEL" AFTER YOU READ IT. IF YOU HAVE ANY QUESTIONS, ASK THE JUDGE BEFORE YOU SIGN.</u>

WAIVER OF COUNSEL/ATTORNEY/LAWYER

INSTRUCTIONS: You have told the Judge that you do not want an attorney. The purpose of this form is to notify you of your right to an attorney and of the ways in which an attorney can be important to you in this case, and also to allow you to give up your rights if you so choose. READ THE ENTIRE FORM CAREFULLY BEFORE SIGNING IT.

MUN FORM #108 Rev. 10/01