JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California 92101-6128
Telephone: (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant GONZALEZ

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

THE HON. JANIS SAMMARTINO

| THE UNITED STATES OF AMERICA | ) ) ) | CASE NO.07cr04407-2977JLS |
|---|---|---|
| v. | ) ) ) | August 29, 2008 9:00 a.m. PROOF OF SERVICE |
| ALAN GONZALEZ, Defendant | ) ) ) ) ) ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;

  STEVEN DE SALVO, ASSISTANT UNITED STATES ATTORNEY;

  JORGE BRAVO, UNITED STATES PROBATION

  Defendant Alan Gonzalez, by and through his attorney, J. Kerry Bader, hereby files Exhibits One and Two in support of his sentencing Objections on the Court and Government Counsel and the Probation Officer.


Respectfully submitted,          /s/ Joan Kerry Bader
                                 Joan Kerry Bader
                                 Attorney for Alan Gonzalez
Dated: August 17, 2008

07CR0449

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07CR0449